■ In the Matter of SAMUEL D. WRIGHT, an Attorney and Counselor at Law, Respondent. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.—Motion by petitioner, pursuant to subdivision 4 of section 90 of the Judiciary Law to strike respondent's name from the roll of attorneys on the grounds that on June 12, 1978 he was convicted in the United States District Court for the Eastern District of New York, after trial, on a jury's verdict of the felony of conspiring with another, acting through its officers, knowingly and unlawfully defrauding the United States of its lawful rights to have Federal funds distributed fairly and impartially without undue influence, favor or fraud and receiving a sum of money to use his influence to affect the decision of Community School Board No. 23 with respect to the purchase of educational materials (US Code, tit 18, §§ 371, 1951). Motion granted. Accordingly, by virtue of the statute (Judiciary Law, § 90, subd 4) said Samuel D. Wright admitted to practice in this court under the name Samuel Daniel Wright on June 20, 1962 has ceased to be an attorney and counselor at law or competent to practice law as such. The clerk of this court is directed to strike his name from the roll of attorneys and counselors at law forthwith *(Matter of Chu,* 42 NY2d 490). Hopkins, J. P., Latham, Titone, Suozzi and Rabin, JJ., concur.

## (September 25, 1978)

■ MICHAEL D. BROOKMAN, Appellant, v LOUIS FROMKIN et al., Respon-

dents.—In an action, *inter alia,* to recover damages resulting from the purchase of an interest in unregistered securities of two limited partnerships, the plaintiff appeals from an order of the Supreme Court, Kings County, dated June 21, 1977, which denied his motion for partial summary judgment, and granted partial summary judgment to the defendants, dismissing the first and second causes of action. Order affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Pino at Special Term. Hopkins, J. P., Martuscello, Rabin and Margett, JJ., concur.